UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

07cv7125
JUDGE GRADY
MAG. JUDGE NOLAN

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| AUTOMOTIVE PROFESSIONALS, INC., | ) | Case No. 07-6720 |
| | ) | |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |

FILED
DEC 19 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF APPEAL

The People of the State of Illinois *ex rel* Michael T. McRaith, Director of Insurance of the State of Illinois, and in his capacity as statutory and court-affirmed conservator of Automotive Professionals Inc. (the "*Director*"), by his undersigned counsel, timely appeals under 28 U.S.C. §158(a)(1) to the United States District Court for the Northern District of Illinois from the final Order of the United States Bankruptcy Court for the Northern District of Illinois (Hon. Carol A. Doyle) entered on October 30, 2007 Approving Trustee's Settlement with the Herb Chambers Companies, attached as Exhibit A.

This notice of appeal is substantially related to the Director's concurrently filed notices of appeal from: (a) the final Order of the United States Bankruptcy Court for the Northern District of Illinois (Hon. Carol A. Doyle) entered on November 6, 2007 Approving Settlement Between the Trustee and Travelers Indemnity Company and (b) the final Order of the United States Bankruptcy Court for the Northern District of Illinois (Hon. Carol A. Doyle) entered on October 30, 2007 Approving Settlement Between the Trustee and Certain Dealers.

The names of all parties to the judgment, order or decree appealed from the names, addresses and telephone numbers of their respective attorneys are as follows:

444395/E/1

| APPELLANT: | APPELLEE |
|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS EX REL MICHAEL T. MCRAITH, DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS AND IN HIS CAPACITY AS STATUTORY AND COURT-AFFIRMED CONSERVATOR OF AUTOMOTIVE PROFESSIONALS INC.<br><br>And<br><br>THE PEOPLE OF THE STATE OF ILLINOIS EX REL LISA MADIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS | FRANCES GECKER NOT INDIVIDUALLY BUT AS CHAPTER 11 TRUSTEE OF THE ESTATE OF AUTOMOTIVE PROFESSIONALS, INC.<br><br>Counsel:<br>Joseph Frank<br>Micah Krohn<br>Zane Zielinski<br>Frank & Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60610 |

ADDITIONAL NOTICES

| *Counsel for Travelers Indemnity Company*<br><br>Margaret M. Anderson<br>Courtney E. Barr<br>Locke Lord Bissell & Liddell LLP<br>111 South Wacker Drive<br>Chicago, IL 60606 | Richard Friedman<br>Office of the United States Trustee<br>227 W. Monroe Street, Suite 3350<br>Chicago, IL 60606 |
|---|---|
| *Counsel for the Herb Chambers Companies*<br><br>Peter Roberts<br>Shaw Gussis Fishman Glantz<br>    Wolfson & Towbin LLC<br>321 W. Clark Street, Suite 800<br>Chicago, IL 60610 | Eric S. Lipper<br>Michael J. Durrschmidt<br>700 Louisiana, 25th Floor<br>Houston, TX 77002-2728 |
| Mark Schramm<br>One E. Wacker Drive, Suite 2850<br>Chicago, IL 60601 | Peter Young<br>Katten Muchin Rosenman<br>525 W. Monroe Street<br>Chicago, IL 60661-3693 |
| Anthony G. Stamato<br>Robert M. Spalding<br>Kaye Scholer LLC<br>70 W. Madison Street, Suite 410 | Mary Cannon Veed<br>George Apostolides<br>Barry A. Chatz<br>Aarnstein & Lehr, LLP |

Chicago, IL  60602

120 S. Riverside Plaza, Suite 1200
Chicago, IL  60606

DATED: November 8, 2007

Respectfully submitted,

THE PEOPLE OF THE STATE OF ILLINOIS EX REL MICHAEL T. MCRAITH, DIRECTOR OF INSURANCE IN THE STATE OF ILLINOIS, AND IN HIS CAPACITY AS STATUTORY AND COURT-AFFIRMED CONSERVATOR

By   s/ Ronald Rascia

LISA MADIGAN
Attorney General of Illinois
Attorney for the PEOPLE OF THE
STATE OF ILLINOIS
Ronald Rascia
Joshua G. Rodin
Assistant Attorney General
James R. Thompson Center
100 West Randolph Street, Twelfth Floor
Chicago, Illinois 60601
(312) 814-3647

John S. Delnero
Daniel G. Rosenberg
Matthew E. McClintock
Bell, Boyd & Lloyd LLP
Counsel to the Conservator
70 West Madison Street
Suite 3100
Chicago, Illinois  60602-4207
(312) 372-1121

# United States Bankruptcy Court
NORTHERN DISTRICT OF ILLINOIS
219 S Dearborn Street
Chicago, IL 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

Date    December 19, 2007

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Case Number    07 B 06720

**FILED**
DEC 1 9 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Name    Automotive Professionals, Inc

Notice of Appeal Filed    November 8, 2007

Appellant    State of Illinois ex rel Michael T. McRaith

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

| | | | |
|---|---|---|---|
| ☐ | | ☐ | Supplemental to the Record |
| ✓ | Transmittal Letter and Civil Cover Sheet | ✓ | Notice of Appeal |
| ✓ | Designation | ✓ | Copy of Documents Designated |
| ✓ | Statement of Issues | ✓ | Exhibits |
| ✓ | Transcript of Proceeding | ☐ | Expedited Notice of Appeal |
| | | ✓ | Certified Copy of Docket Sheet |

Additional Items Included

☐ Appellees' Designation _____

**07cv7125**
**JUDGE GRADY**
**MAG. JUDGE NOLAN**

| 9 | Total Volumes Transmitted |

The following items will be transmitted as a supplemental to the Record on Appeal

☐ _____

Previous D C Judge    *GRADY*      Case Number    *07C7124*

By Deputy Clerk    *[signature]*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AUTOMOTIVE PROFESSIONALS, INC. | ) | Case No. 07-6720 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |

**ORDER APPROVING TRUSTEE'S SETTLEMENT
WITH THE HERB CHAMBERS COMPANIES**

THIS MATTER COMING TO BE HEARD upon the motion (the "Motion") of Frances Gecker (the "Trustee"), not individually, but as Chapter 11 Trustee of the estate of Automotive Professionals, Inc. (the "Debtor"), for the entry of an order pursuant to Fed. R. Bankr. P. 9019, approving the Trustee's settlement agreement with The Herb Chambers Companies ("HCC") as set forth in the Settlement Agreement and Release attached to the Motion as Exhibit 1 (the "Settlement Agreement"); due written notice of the Motion having been served on all parties entitled thereto; the Court having heard the statements of counsel, and otherwise being fully advised of the premises, *for the reasons stated on the record in open court,* and the Court having jurisdiction over this core matter;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The Settlement Agreement is approved, and all transfers set forth therein are hereby authorized.

DATED: *Oct. 30, 2007*    ENTERED:

_____
UNITED STATES BANKRUPTCY COURT

{ API / 001 / 00011599.DOC /}