# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07 C 7125

Michael T. McRaith, et al.,
      Appellants,
    v.
Frances Gecker, not individually but as Chapter 11 Trustee of
the estate of Automotive Professionals, Inc., Appellee.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Frances Gecker, Chapter 11 Trustee of the estate of Automotive Professionals, Inc.

| |
|---|
| NAME (Type or print)<br>Joseph D. Frank |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Joseph D. Frank |
| FIRM<br>Frank/Gecker LLP |
| STREET ADDRESS<br>325 North LaSalle Street, Suite 625 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6216085 | TELEPHONE NUMBER<br>(312) 276-1400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

I, Micah R. Krohn, an attorney, hereby certify that on **December 28, 2007**, a true and correct copy of the **Appearance of Joseph D. Frank** was served by electronic mail upon the parties named on the attached Service List. In addition, a true and correct copy was served electronically by operation of the Court's Electronic Filing System on all parties who are currently on the Court's Electronic Mail Notice List, a copy of which also is attached hereto.


By:   */s/ Micah R. Krohn*

*McRaith, et al. v. Gecker*
Case Nos. 07 C 7125
appeal from USBC No. 07 B 06720

## SERVICE LIST

*via electronic mail*
Mary Cannon Veed
George Apostolides
Barry A. Chatz
Arnstein & Lehr, LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
mcveed@arnstein.com;
gpapostolides@arnstein.com;
bachatz@arnstein.com

*via electronic mail*
Margaret M. Anderson
Courtney E. Barr
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, Illinois 60606
panderson@lockelord.com;
cbarr@lockelord.com

*via electronic mail*
Peter Roberts
Shaw Gussis Fishman Glantz Wolfson &
Towbin LLC
321 West Clark Street, Suite 800
Chicago, Illinois 60610
proberts@shawgussis.com

*via electronic mail*
Mark Schramm
One East Wacker Drive
Suite 2850
Chicago, Illinois 60601
marsch500@gmail.com

*via electronic mail*
Eric S. Lipper
Michael J. Durrschmidt
Hirsch & Westheimer, P.C.
700 Louisiana, 25th Floor
Houston, Texas 77002-2728
elipper@hirschwest.com;
mdurrschmidt@hirschwest.com

*via electronic mail*
Peter Young
Katten Muchin Rosenman
525 West Monroe Street
Chicago, Illinois 60661-3693
peter.young@kattenlaw.com

*via electronic mail*
Richard Craig Friedman
Office of the United States Trustee
Northern District of Illinois
227 West Monroe Street, Suite 3350
Chicago, Illinois 60606
richard.c.friedman@usdoj.gov

{ API / 001 / 00012330.DOC /}

## Mailing Information for a Case 1:07-cv-07125

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joseph Daniel Frank**
  jfrank@fgllp.com,ccarpenter@fgllp.com

- **Micah R. Krohn**
  mkrohn@fgllp.com,ccarpenter@fgllp.com

- **Ronald Anthony Rascia**
  rrascia@atg.state.il.us

- **Joshua G Rodin**
  jrodin@atg.state.il.us

- **Zane L. Zielinski**
  zzielinski@fgllp.com

{ API / 001 / 00012330.DOC /}