**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Michael T McRaith

                      Plaintiff,

v.                                      Case No.: 1:07−cv−07125
                                                Honorable John F. Grady

Frances Gecker

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 2, 2008:

      MINUTE entry before Judge John F. Grady :Motion to reassign case [3] is entered and continued until 01/09/08 at 9:30 a.m. in Courtroom 1425. Motion for extension of time [8] is entered and continued until 1/9/08 at 9:30 a.m. in Courtroom 1425. Hearing set for 01/02/08 stricken.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.