# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Michael T McRaith

                Plaintiff,

v.                                    Case No.: 1:07−cv−07125
                                    Honorable John F. Grady

Frances Gecker

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2008:

      MINUTE entry before Judge Joan H. Lefkow :Motion of Director of Insurance for extension of time to file brief [16] is granted. Appellant's brief due by 2/20/2008; appellee's brief due by 3/19/2008.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.