

# United States District Court
# Northern District of Illinois

In the Matter of

McRaith, et al.

v.

Gecker

Case No. 07 C 7125

Designated Magistrate Judge
Arlander Keys

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **John F. Grady** to be related to **07 C 3750** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Joan H. Lefkow

Dated: February 4, 2008

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Joan H. Lefkow**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: FEB - 5 2008

Finding of Relatedness (Rev. 9/99)