# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7124 (07 C 7125) | **DATE** | 3/3/2008 |
| **CASE TITLE** | McRaith, et al. vs. Frances Gecker | | |

**DOCKET ENTRY TEXT**

Agreed motion of Michael T. McRaith, Director of Insurance of the State of Illinois for consolidation and for extension of time to file brief is granted. Case Nos. 07 C 7125, 07 C 7127, 08 C 799, and 08 C800 are consolidated with Case No. 07 C 7124 for all purposes. All filings in these cases are to be filed under Case No. 7124 only. The records on appeal of Case Nos. 07 C 7125, 07 C 7127, 08 C 799, and 08 C800 are consolidated with Case No. 07 C 7124. The time by which appellant shall file brief is extended to 3/21/2008; the time by which appellee shall file brief is extended to 4/21/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|