# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Michael T McRaith

                Plaintiff,

v.                                        Case No.: 1:07−cv−07125
                                                   Honorable Joan H. Lefkow

Frances Gecker

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2008:

      MINUTE entry before Judge Joan H. Lefkow :Pursuant to Stipulation of Voluntary Dismissal [34] in lead case, 07 C 7124, case is hereby dismissed with each party to bear its own costs. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.